UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL MANFREDI,

    Plaintiff,

v.                                          CASE NO. 6:14-cv-1244-Orl-37TBS

BRIDGES OF AMERICA,

    Defendant.

## ORDER

This case is before the Court on the following motions:

1.  Plaintiff's Motion to Reinstate Amended Complaint (Doc. No. 8) is **DENIED**. Plaintiff requests the Court to reopen the instant action which was dismissed without prejudice on September 2, 2014, for failure to file an amended complaint in accordance with the Court's August 6, 2014 Order. In support of his motion, Plaintiff asserts *inter alia* that he was transferred to different facilities after filing his complaint and was unable to comply with the Court's Order.

The Court credits Plaintiff's contention that he was transferred after he initiated this action. Nevertheless, Plaintiff filed a notice of change of address on August 18, 2014, and the Clerk re-mailed the Order directing Plaintiff to file an amended complaint to him on August 19, 2014. Although Plaintiff had until August 20, 2014, to file an amended complaint, given Plaintiff's filing of the notice of change of address, the Court waited an additional thirteen days for Plaintiff to either file an amended complaint or to move for

an extension of time to do so before dismissing this case on September 2, 2014.   Plaintiff failed to do either before the Court dismissed the case.

Furthermore, to date Plaintiff has not complied with the Court's Order.   Plaintiff submitted an amended complaint along with the instant motion.   Nevertheless, he again names only Bridges of America as the Defendant, fails to state how Bridges of America violated his constitutional rights, and refers back to his original complaint in the sections on the standard civil rights form for the statement of claim and statement of facts.

Finally, the Court notes that the instant case was dismissed without prejudice.   Consequently, Plaintiff may initiate a new civil rights action if he so chooses.   However, he should not place the instant case number on his complaint if he does so.   For all of these reasons, Plaintiff's Motion to Reinstate the Amended Complaint is denied.

2.   Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 9) is **DENIED** as moot.   The instant case was dismissed without prejudice on September 2, 2014.

**DONE AND ORDERED** in Orlando, Florida, this 29th day of September, 2014.

ROY B. DALTON JR.
United States District Judge

Copies to:
Michael Manfredi